1018

DANNY A. LYONS, *Appellant,* v. REDDING CONSTRUCTION
COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 16575, James J. Lawless, J., entered
March 16, 1971. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Edgerton, JJ.

DONNA L. ROLAND, *Appellant,* v. PATRICK E. LACY *et al.,*
*Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 53606, Ross R. Rakow, J., entered November 10, 1971. *Reversed* by unpublished opinion per Green,
J., concurred in by Munson, C.J., and Edgerton, J.

DONNA M. LEEBERG, *Respondent,* v. GUNNARD A. LEEBERG,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 179054, William L. Brown, Jr., J., entered April
12, 1971. *Affirmed* by unpublished per curiam opinion.

ALL-STATES LEASING COMPANY, *Respondent,* v. ROBERT E.
THURMOND *et al., Respondents,* ANGELO J. SALVATORE *et al.,*
*Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 718614, James A. Noe, J., entered July 13, 1971.
*Affirmed* by unpublished opinion per Horowitz, C.J., concurred in by Williams and Callow, JJ.